CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED for Roanoke
MAR 15 2013
JULIA C. DUDLEY, CLERK
BY: /s/ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| ROGER ALONGZO HOPKINS,<br>  Plaintiff, | ) ) ) | Civil Action No. 7:12-cv-00616 |
| v. | ) ) ) | **MEMORANDUM OPINION**<br><br>By: Jackson L. Kiser |
| BLUE RIDGE REGIONAL JAIL<br>AUTHORITY, et al.,<br>  Defendant(s). | ) ) ) ) | Senior United States District Judge |

ROGER ALONGZO HOPKINS, proceeding pro se, filed a civil rights complaint, pursuant to 42 U.S.C. §1983. By Order entered March 1, 2013, the court directed plaintiff to submit within 10 days from the date of the Order the full filing fee because plaintiff has been released from incarceration and because he is no longer an inmate, he is no longer subject to the provisions of the Prisoner Litigation Reform Act, which allowed him to pay the $350.00 filing fee via installments. Plaintiff was advised that a failure to comply would result in dismissal of this action without prejudice.

More than 13 (thirteen) days have elapsed, and plaintiff has failed to comply with the described conditions because comply with the conditions. Accordingly, the court dismisses the action without prejudice and strikes the case from the active docket of the court. Plaintiff may refile the claims in a separate action once plaintiff is prepared to comply with the noted conditions.

The Clerk is directed to send a copy of this Memorandum Opinion and accompanying Order to plaintiff.

ENTER: This 15th day of March, 2013.

              /s/ Jackson L. Kiser
              Senior United States District Judge