CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
MAR 15 2013
JULIA C. DUDLEY, CLERK
BY: /s/ M. Hepp
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| ROGER ALONGZO HOPKINS,<br>　　Plaintiff, | Civil Action No. 7:12-cv-00616 |
| v. | **DISMISSAL ORDER** |
| BLUE RIDGE REGIONAL JAIL<br>AUTHORITY, et al.,<br>　　Defendant(s). | By:　Jackson L. Kiser<br>Senior United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED**

that this action is **DISMISSED without prejudice** for plaintiff's failure to comply and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to plaintiff.

ENTER: This 15th day of March, 2013.

　　　　　　　　　　　　　　　/s/ Jackson L. Kiser
　　　　　　　　　　　　　　　Senior United States District Judge