CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
*for Roanoke*
MAR 15 2013
JULIA C. DUDLEY, CLERK
BY: */M Hoo*
DEPUTY CLERK

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION**

| | | |
|---|---|---|
| **ROGER ALONGZO HOPKINS,** | ) | |
| **Plaintiff,** | ) | **Civil Action No. 7:12-cv-00616** |
| | ) | |
| **v.** | ) | **DISMISSAL ORDER** |
| | ) | |
| **BLUE RIDGE REGIONAL JAIL** | ) | |
| **AUTHORITY, et al.,** | ) | **By:    Jackson L. Kiser** |
| **Defendant(s).** | ) | **Senior United States District Judge** |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED**

that this action is **DISMISSED without prejudice** for plaintiff's failure to comply and the action

is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum

Opinion to plaintiff.

ENTER: This 15th day of March, 2013.

*Jackson L. Kiser*

Senior United States District Judge